UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jesus I., | File No. 23-cv-1630 (ECT/TNL) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| ICE, *Immigration and Customs Enforcement*, | |
| Respondent. | |

Magistrate Judge Tony N. Leung issued a Report and Recommendation on June 13, 2023.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

2. Petitioner's Petition for Habeas Corpus Relief Under 28 U.S.C. § 2241 [ECF No. 1] is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 17, 2023            s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court